**FOX ROTHSCHILD LLP**
Corinne Burzichelli DeBerry
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: (609) 896-3600
cdeberry@foxrothschild.com

*Attorneys for Defendant*
*Evolution US LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARLIO ESCOBAR,<br><br>Plaintiff,<br><br>v.<br><br>EVOLUTION US LLC, formerly known as EVOLUTION PENNSYLVANIA LLC,<br><br>Defendant. | Civil Action No.: 2:26-cv-06157-MRP<br><br>**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Evolution US LLC, states that it is a privately held company, wholly owned by Evolution Malta Holding Ltd., which is not publicly traded.

No publicly traded company owns 10% or more of Defendant Evolution US LLC.

**FOX ROTHSCHILD LLP**

Dated: September 21, 2026

By: _/s/ Corinne Burzichelli DeBerry_

Corinne Burzichelli DeBerry
(PA 331325)
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
(609) 896-3600
cdeberry@foxrothschild.com

*Attorneys for Defendant*
*Evolution US LLC*